# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2112
LT Case No. 2022-CF-003897

_____

NATHANEAL HEAVEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

December 6, 2024

PER CURIAM.

Affirmed. *See Russell v. State*, 982 So. 2d 642 (Fla. 2008).

EISNAUGLE and MACIVER, JJ., concur.
EDWARDS, C.J., dissents, with opinion.

Edwards, C.J., dissenting.

I dissent for the reasons expressed in my dissenting opinion in *Reynolds v. State*, 283 So. 3d 885 (Fla. 5th DCA 2019).

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____